☒ FILED  ☐ LODGED

**Jan 06 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MARY SUE FELDMEIER
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
mary.sue.feldmeier@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-26-00034-TUC-SHR(LCK) |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| vs. | Violations: 18 U.S.C. § 641 (Theft of Public Money) |
| Irene Mendoza, | (Class C Felony) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about July 8, 2009 through March 8, 2023, at or near Tucson, in the District of Arizona, Irene Mendoza, defendant herein, did embezzle, steal, purloin, and knowingly convert to her use $150,249, a thing of value belonging to the Social Security Administration, a Department of the United States, when she applied for and received Social Security benefits under an assumed identity that was not her own; in violation of Title 18, United States Code, Section 641.

Dated this 6th day of January, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Mary Sue Feldmeier*

MARY SUE FELDMEIER
Assistant U.S. Attorney

Digitally signed by MARY SUE FELDMEIER
Date: 2026.01.06 13:36:25 -07'00'